```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/9/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KIRAN VUPPALA,

                Plaintiff,

-against-

KAISHOU INC., a New York corporation,
d/b/a SUSHI RYUSEI, and VAISHNOMA LLC,
a New York limited liability company,

                Defendants.

24 Civ. 9208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 31 and 32. Accordingly:

1. Defendants' request for leave to file a motion to dismiss, ECF No. 31, is GRANTED;
2. Defendants' initial motion to dismiss, ECF No. 21, is DENIED AS MOOT;
3. By **June 30, 2025**, Defendants shall file their motion;
4. By **July 14, 2025**, Plaintiff shall file his response;
5. By **July 21, 2025**, Defendants shall file their reply, if any.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 21 and 31.

SO ORDERED.

Dated: June 9, 2025
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge