UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

           Plaintiff,

-against-

KAISHOU INC., a New York corporation, d/b/a SUSHI RYUSEI and VAISHNOMA LLC, a New York limited liability company,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2025
```

24 Civ. 9208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants' second motion to dismiss for lack of jurisdiction is currently pending before the Court. *See* ECF No. 34. Accordingly, the case management conference currently scheduled for September 15, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge