```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KIRAN VUPPALA,

            Plaintiff,

-against-

KAISHOU INC., a New York corporation, d/b/a
SUSHI RYUSEI and VAISHNOMA LLC, a New
York limited liability company,

            Defendants.

24 Civ. 9208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated September 9, 2025, the Court extended the parties' deadline to file a pre-conference status letter to September 9, 2025. ECF No. 46. However, by order dated September 8, 2025, this Court adjourned *sine die* the Case Management Conference previously scheduled for September 15, 2025. ECF No. 45. Accordingly, the parties are now not required to file a pre-conference under the Case Management Plant. *See* ECF No. 20.

    The Court is also aware that, pursuant to the Case Management Plan, fact discovery was to close on August 18, 2025, *see id.* ¶ 5, and that a pre-motion letter for summary judgment must therefore have been filed by September 1, 2025, *id.* ¶ 16. The Court shall hold all deadlines related to the filing of motions for summary judgment in abeyance pending resolution of the pending motion to dismiss, ECF No. 34.

    SO ORDERED.

Dated: September 10, 2025
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge